RANDY S. GROSSMAN
Acting United States Attorney
JOHN N. PARMLEY
JONATHAN I. SHAPIRO
Assistant U.S. Attorney
California State Bar Nos. 178885, 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel. No.: (619) 546-8225
Email: jonathan.shapiro@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN GLENN MCLEOD, <br><br> Defendant. | Case No. 20cr3106-JLS <br><br> Date: June 11, 2021 <br> Time: 9:00 p.m. <br><br> **THE UNITED STATES' SENTENCING SUMMARY CHART** |

    The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and John N. Parmley and Jonathan I. Shapiro, Assistant U.S. Attorneys, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

    DATED: June 4, 2021                      Respectfully submitted,

                                                   RANDY S. GROSSMAN
                                                   Acting United States Attorney

                                                   *s/Jonathan I. Shapiro*
                                                   JONATHAN I. SHAPIRO

SENTENCING SUMMARY CHART  USPO [ ]
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]  AUSA [☒]
Sentencing Date: June 11, 2021  DEF [ ]

Defendant's Name: Stephen Glenn McLeod          Docket No.: 20cr3106-JLS
Attorney's Name: Jonathan I. Shapiro             Phone No.: (619) 546-8225
Guideline Manual Used: November 1, 2018          Agree with USPO Calc.: Yes ☒  No ☐

Base Offense Level: [USSG § 2A5.2(a)(2)-aiming laser at aircraft]                          18
Specific Offense Characteristics:

Victim Related Adjustment: ____
Adjustment for Role in the Offense: ____
Adjusted Offense Level: ____
☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.                           18
Adjustment for Acceptance of Responsibility [☐ Government Motion – USSG §3E1.1(b)]         -3
Total Offense Level:                                                                       15
Criminal History Score:                                                                     1
Criminal History Category:                                                                  I
____ Career Offender        ____ Armed Career Criminal
Guideline Range:                                                        from  18 mths
(Range limited by: ____ minimum mand.   ____ statutory maximum            to  24 mths

Departures:

Resulting Guideline Range: Adjusted Offense Level 15                    from 18 mths
                                                                          to 24 mths

RECOMMENDATION:  12 months and 1 day in custody*, 3 years supervised release
    *The Government's recommendation is based on a two-level variance under 18 U.S.C. § 3553(a) based in part on Defendant's health.